UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:08-CR-47 |
| | ) | (PHILLIPS/GUYTON) |
| FRANK SOUTO, | ) | |
| | ) | **FILED UNDER SEAL** |
| Defendant. | ) | |

## ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the government's sealed Motion for Leave to File Document Under Seal [Doc. 76], which was filed on November 19, 2008. The motion requests that Defendant Frank Souto's plea agreement be filed under seal with the exception that counsel for the parties have access to it on the Court's Electronic Filing System (ECF). The Court finds the motion to be well-taken and it [**Doc. 76**] is **GRANTED**. Defendant Frank Souto's plea agreement will be **FILED UNDER SEAL**,[1] except that the Clerk will arrange the settings in ECF to permit the parties electronic access.

**IT IS SO ORDERED.**

ENTER *nunc pro tunc* to November 19, 2008:

s/ H. Bruce Guyton
United States Magistrate Judge

---

[1] It appears that the plea agreement [Doc. 77] was filed under seal on November 19, 2008. Accordingly, the Court is entering this Order *nunc pro tunc* to November 19, 2008.